```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PLANETARIUM TRAVEL, INC.,

                Plaintiff,

-against-

ALTOUR INTERNATIONAL INC.,
ALTOUR AIR L.L.C., ALTOUR SERVICE INC., and
ALTOUR MANAGEMENT TECHNOLOGY L.L.C.,

                Defendants.

13 Civ. 8538 (AT)(JCF)

**ORDER**

ANALISA TORRES, District Judge:

Having reviewed the Defendant's letter dated April 11, 2014, it is ORDERED that:

1. The Clerk of Court is directed to remove ALTOUR AIR L.L.C., ALTOUR SERVICE INC., and ALTOUR MANAGEMENT TECHNOLOGY L.L.C. as parties to this action;
2. Defendant's request for a pre-motion conference is DENIED;
3. Defendant shall file its motion to dismiss by **May 16, 2014**;
4. Plaintiff shall file opposition papers by **May 30, 2014**;
5. Defendant shall file reply papers by **June 6, 2014**;
6. The initial pre-trial conference scheduled for April 24, 2014 is ADJOURNED *sine die*;
7. Defendant is directed to address any issues related to the settlement agreement in its motion to dismiss;
8. Defendant's request to stay discovery pending the motion to dismiss is DENIED.

    SO ORDERED.

Dated: April 18, 2014
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge